Entered on Docket
December 01, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

CROWELL & MORING LLP
Thomas F. Koegel (CSB No. 125852, tkoegel@crowell.com)
Rebecca M. Suarez (CSB No. 284853, rsuarez@crowell.com)
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Attorneys for Plaintiff E. Lynn Schoenmann,
Chapter 7 Trustee

Signed and Filed: December 1, 2017

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>THE ZUERCHER TRUST OF 1999;<br>Debtor, | Case No. 12-32747 HLB<br>Chapter 7 |
| E. LYNN SCHOENMANN, Chapter 7 Trustee,<br>Plaintiff,<br>v.<br>MONICA H. HUJAZI,<br>Defendants. | Adv. No. 17-03036<br>**JUDGMENT AGAINST MONICA H. HUJAZI** |

Pursuant to the Court's November 17, 2017 Order Granting Motion for Default Judgment (Docket 70), Plaintiff E. Lynn Schoenmann, the Chapter 7 Trustee of the bankruptcy estate of The Zuercher Trust of 1999, shall have JUDGMENT against Defendant Monica H. Hujazi, converting the Court's July 17, 2017 preliminary injunction entering real property located at 1016 San Raymundo Rd., Hillsborough, CA (the "San Raymundo Property"), (Docket 20), into a permanent injunction. Monica H. Hujazi is hereby permanently enjoined as follows:

-1-

CROWELL & MORING LLP
ATTORNEYS AT LAW

JUDGMENT AGAINST MONICA HUJAZI
CASE NO. 12-32747; ADV. NO. 17-03036
SFACTIVE-904664297.1

Case: 17-03036  Doc# 73  Filed: 12/01/17  Entered: 12/01/17 14:56:37  Page 1 of 2

1. Defendant is enjoined from entering the San Raymundo Property without the written permission of the owner of record (at present, the Chapter 7 Trustee);

2. During the marketing and sale of the premises, Defendant is enjoined from entering the premises, whether at any publicly advertised open house, any broker showing or tour, or any other visit by a potential purchaser, other than by prior arrangement with the Chapter 7 Trustee, or her real estate agent, in their sole discretion;

3. Defendant is enjoined from any communications with potential purchasers or brokers concerning the San Raymundo Property. Defendant is also enjoined from publishing derogatory comments (written or oral) concerning the property, such that they would interfere with the Chapter 7 Trustee's administration of this asset, or from interfering with the Chapter 7 Trustee's administration of this asset in any other way.

*** END OF JUDGMENT ***

CROWELL
& MORING LLP
ATTORNEYS AT LAW